IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| Kristopher J Bailey Sr | § | CIVIL ACTION NO. 4:23-CV-00146 |
| **PLAINTIFF** | § | |
| v. | § | |
| | § | |
| Costco | § | |
| **DEFENDANT** | § | |

**FILED MAR 2 4 2023** Clerk, U.S. District Court Eastern District of Texas

### Motion to Dismiss Without Prejudice

Comes now, Kristopher J Bailey Sr on this 23st day of March, 2023 and files this motion requesting that the above styled numbered case be dismissed for the following reasons:

Plaintiff Kristopher J Bailey Sr is requesting to have this case dismissed without further action from either party at this time due he has been experiencing health issues that he is concerned about at present. He wants to overcome these health issues and get his health back to normal compacity. Finally, he asks the court to please do not pursuit any further action against either party at this time. Please do not bill any attorney fees.

_____
Plaintiff

_____
Judge (If Needed)

**SERVICE OF CITATION:** Service is requested on Defendant(s) by: _____ personal service at home or work, _____ registered mail, (**X**) certified mail, return receipt requested. If required, Plaintiff requests alternative service as allowed by the Texas Rules of Civil Procedure. Other addresses where Defendant(s) may be served are:

_____

_____

_____

_____ I hereby request a jury trial. The fee is $22 and must be paid at least 14 days before trial.

(**X**)   I hereby consent for the answer and any other motions or pleadings to be sent to my **email address** as follows: **krisbaileysr@yahoo.com**

Kristopher J Bailey Sr _____krisbaileysr@yahoo.com

**Plaintiff's Printed Name Signature of Plaintiff/Plaintiff's Attorney**

12653 Concho Dr Frisco, Texas 75033

**Plaintiff/Attorney Address City, State, Zip**

504.975.1190

**Plaintiff Phone Number Plaintiff Fax Number**

Defendant's Information (if known):
Date of birth:_____ Phone Number:
_____ Last three digits of Driver's License: _____ Last three digits of Soc. Sec. No.: _____

**Service request - One Per Defendant Choose one of the below options**

Cause Number : _____   Defendant/Registered Agent:

Service Address:_____

**Constable Service Information**

County: _____

Constable: _____

Precinct: _____

Address: _____ City,

State, Zip:_____

Service fee:

_____

_____

**OR**

**Certified Restricted Delivery Information**

**Defendant/Registered Agent:** Costco (Leadership)

**Mailing Address:** 999 Lake Dr.

        Issaquah, WA 98027

OR
**Private Process Server**
Citations to be served by a Private Process Server must be picked up at the court.

Name:

_____

Phone: