# United States District Court
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **KRISTOPHER J. BAILEY, SR.,** § § § | |
| **Plaintiff,** § § | |
| v. § § § | **Civil Action No. 4:23-cv-146-ALM-KPJ** |
| **COSTCO WHOLESALE CORPORATION,** § § § § | |
| **Defendant.** § | |

## ORDER OF DISMISSAL

On March 24, 2023, Plaintiff Kristopher J. Bailey, Sr. ("Plaintiff") filed a Motion to Dismiss Without Prejudice (Dkt. #7), wherein Plaintiff requests that the Court dismiss each of Plaintiff's claims because he has been experiencing health issues. Dkt. #7 at 1.

Federal Rule of Civil Procedure 41 provides that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." FED. R. CIV. P. 41(a)(2). "The basic purpose of Rule 41(a)(2) is to freely permit the plaintiff, with court approval, to voluntarily dismiss an action so long as no other party will be prejudiced." *LeCompte v. Mr. Chip, Inc.*, 528 F.2d 601, 604 (5th Cir. 1976). Defendant did not file a counterclaim to Plaintiff's claims, nor has Defendant objected to Plaintiff's request for dismissal. Accordingly, the Court finds that Plaintiff's withdrawal of his action will not prejudice Defendant and an entry of order of dismissal is appropriate given Plaintiff's current health issues.

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

**SIGNED this 17th day of October, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE